```
BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-MJ-00111-CKD |
| Plaintiff, | ORDER VACATING COURT TRIAL AND SETTING A CHANGE OF PLEA, AND |
| v. | SENTENCING HEARING |
| MEGAN L. BLACKBURN, | Date:  July 1, 2013 |
| | Time:  9:30 p.m. |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

It is hereby ordered that the court trial set for July 1, 2013 at 9:30 p.m. is VACATED.  It is further ordered that a change of plea and sentencing hearing is set for May 23, 2013, at 9:30 a.m.

IT IS SO ORDERED.

Dated: May 15, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE